

Heidi L. Keefe
T: +1 650 843 5001
hkeefe@cooley.com

January 10, 2012

<u>**ELECTRONICALLY FILED VIA ECF**</u>

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE: EasyWeb Innovations, LLC v. Facebook, Inc.,
    Civil Action No. 2:11-cv-5121-JFB-ETB**

Dear Judge Bianco:

Pursuant to the Court's January 3, 2012 instructions (*see* Dkt. No. 18) in the above-identified civil action, Defendant Facebook, Inc. ("Facebook") hereby notifies the Court that Facebook intends to proceed with its Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure of Plaintiff EasyWeb Innovations, LLC's Amended Complaint filed January 2, 2012.

Respectfully submitted,

Cooley LLP


*/s/ Heidi L. Keefe*
Heidi L. Keefe
*Counsel for Defendant*
Facebook, Inc.

cc (via ECF e-filing):
    John Michael Desmarais
    Alan S. Kellman
    Xiao Li

998063 v1/HN